UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SAVANNA MCFADDEN,

Plaintiff,

v.

NEURO RESTORATIVE,
PAMELA PINUELAS,
NAOMI BOOKER,
SARAH HAWKINS, and
JOSH STEWART,

Defendants.

Case No. 25-cv-01886-JPG

# JUDGMENT

This matter having come before the Court and the plaintiff having failed to state a claim,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: October 29, 2026**

**MONICA A. STUMP, Clerk of Court**

**Deputy Clerk**

**Approved:**

**J. PHIL GILBERT**
**United States District Judge**